IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

DORINDA JO CONROY,

                    Petitioner,                    ORDER

v.

                                                    08-cv-614-bbc

MICHAEL J. ASTRUE,
Commissioner of Social Security,

                    Respondent.

---

      Plaintiff Dorinda Jo Conroy has filed a civil suit pursuant to 42 U.S.C. § 405(g) for review of a final decision of the Commissioner of Social Security denying her application for social security disability benefits. Plaintiff has not prepaid the filing fee or provided security therefor pursuant to 28 U.S.C. § 1915. Accordingly,

      IT IS ORDERED that plaintiff has until November 14, 2008 within which to submit either the filing fee or a completed application for leave to proceed *in forma pauperis*. If plaintiff fails to make either of these submissions on or before November 14, 2008, the court will dismiss the complaint for failure to prosecute.

      Entered this 31st day of October, 2008.

                                        BY THE COURT:

                                        /s/

                                        _____
                                        STEPHEN L. CROCKER
                                        Magistrate Judge