IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

DORINDA JO CONROY,

                Plaintiff,                              ORDER

      v.                                              08-cv-614-bbc

MICHAEL J. ASTRUE,
Commissioner of Social Security,

                Defendant.

---

On November 7, 2008, I denied plaintiff's request to proceed *in forma pauperis* in this case but found that she qualified for a reduced filing fee of $175. I inadvertently stated that if plaintiff paid the filing fee, the clerk should forward the summons and complaint to the marshal for service in accordance with Fed. R. Civ. P. 4. However, when a plaintiff pays the filing fee, she is responsible for serving the summons and complaint. Therefore, since plaintiff paid the filing fee on November 18, 2008, the clerk is directed to issue the summons in this case and return them to plaintiff's lawyer for service on the defendant pursuant to Fed. R. Civ. P. 4.

ORDER

IT IS ORDERED that the portion of my November 7, 2008 order directing the clerk to forward the summons and complaint to the marshal for service is VACATED. The clerk is

directed to issue the summons and return them to plaintiff's lawyer for service on the defendant.

Entered this 13th day of February, 2009.

BY THE COURT:

/s/

STEPHEN L. CROCKER
Magistrate Judge