IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DORINDA CONROY,

    Plaintiff,

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 08-cv-614-bbc

    This action came for consideration before the court with District Judge BARBARA B. CRABB presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered reversing the Commissioner's decision under sentence four of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g), with remand of the cause to the Commissioner for further administrative proceedings.

_____
Peter Oppeneer, Clerk of Court

_____
5/8/09
Date