IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DORINDA JO CONROY,

    Plaintiff,

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 08-cv-614-bbc

---

This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED

that judgment is entered awarding withheld benefits to plaintiff Dorinda Jo Conroy in the amount of $3,000 and awarding attorney fees to Dana W. Duncan in the amount of $5,007.20.

_____    10/13/11
Peter Oppeneer, Clerk of Court    Date